# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00839-CV

**Alexander Candelario, Individually and on behalf of Practice Interactive, Inc., Appellant**

**v.**

**Bridget Mueller and Felipe Pereira Ribeiro, Appellees**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-007678, THE HONORABLE MARIA CANTÚ HEXSEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed a "Notice of Mandamus Appeal" prompting the clerk's office to file it as a notice of appeal. Because the order denying a motion for summary judgment appealed from is not a final or appealable judgment or order, this Court's clerk asked the parties by letter whether this Court has jurisdiction over an interlocutory appeal. Appellant replied that he intended only to file a petition for writ of mandamus, which he has in *In re Candelario*, No. 03-25-00863-CV. Appellant agrees that this Court lacks jurisdiction over an appeal in this cause.

We dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *see generally* Tex. Civ. Prac. & Rem. Code § 51.014 (listing appealable interlocutory orders).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Jurisdiction

Filed:   November 25, 2025